AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Friedman, Paul L. | U.S. District Court | 05/07/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse, Rm.
333 Constitution Ave. N.W.
Washington, D.C. 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  See attached Rider A | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | See attached Rider B |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | ▨ Retirement Income Pension Plan Administered by State Street Retiree Service - Pension Plan | $22,509.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ▨ - Retirement Plan Distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See attached Rider C | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   See attached Rider C | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE PART VIII - ASSET ORDER SLIGHTLY CHANGED | | | | | | | | | |
| 2. LISTED INVESTMENT FUNDS: | | | | | | | | | |
| 3. BROKERAGE ACCOUNT | | | | | | | | | |
| 4. -Gabelli Small Cap Fund | C | Dividend | L | T | | | | | |
| 5. -Gabelli Asset Fund | C | Dividend | L | T | | | | | |
| 6. -Harbor International | C | Dividend | M | T | | | | | |
| 7. -Fidelity Spartan Tax Free Bond Fund | D | Dividend | M | T | Sold (part) | 08/20/13 | K | A | |
| 8. -iShares Cohen & Steers Realty Majors Index Fd | B | Dividend | K | T | | | | | |
| 9. -iShares Russell 1000 Growth Index Fund | B | Dividend | L | T | | | | | |
| 10. -iShares Russell 2000 Growth Index Fund | A | Dividend | K | T | | | | | |
| 11. -iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 12. -Vanguard Short Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 13. -Brown Capital Mgmt Small Company Fd | A | Dividend | J | T | | | | | |
| 14. -Perkins Mid Cap Value Fund | A | Dividend | | | Sold | 04/12/13 | J | B | |
| 15. -Royce Special Equity Fund | B | Dividend | J | T | Sold (part) | 12/13/13 | J | A | |
| 16. -Eaton Vance Parametric Fund | A | Dividend | | | Sold | 07/10/13 | K | A | |
| 17. -SPDR S&P Dividend Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Vanguard Dividend Appreciation Fund | A | Dividend | K | T | Buy | 04/16/13 | J | | |
| 19. | | | | | Buy<br>(add'l) | 07/12/13 | J | | |
| 20.   -Vanguard Limited Term Tax Exempt Fd | A | Dividend | L | T | Buy | 08/20/13 | K | | |
| 21. | | | | | Buy<br>(add'l) | 12/13/13 | J | | |
| 22.   IRA ACCOUNT #1 | G | Dividend | P1 | T | | | | | |
| 23.   -T. Rowe Price Equity Income | | | | | | | | | |
| 24.   -Longleaf Partners | | | | | Sold<br>(part) | 4/12/13 | K | D | |
| 25. | | | | | Sold | 11/19/13 | M | E | |
| 26.   -Longleaf Partners Small Cap Fd | | | | | | | | | |
| 27.   -PIMCo Real Return | | | | | Sold<br>(part) | 07/10/13 | L | A | |
| 28. | | | | | Sold<br>(part) | 08/20/13 | K | A | |
| 29.   -Schwab Money Market Fd | | | | | | | | | |
| 30.   -Morgan Stanley US RE | | | | | Sold<br>(part) | 04/12/13 | K | C | |
| 31.   -American Funds EuroPacific Growth Fd. F | | | | | Sold<br>(part) | 04/12/13 | K | D | |
| 32.   -T. Rowe Price Mid Cap Growth | | | | | Sold<br>(part) | 04/12/13 | K | C | |
| 33. | | | | | Sold<br>(part) | 12/13/13 | K | D | |
| 34.   -Dodge & Cox Stock | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -First Eagle Global | | | | | | | | | |
| 36. -Harbor International | | | | | Sold | 08/20/13 | K | C | |
| 37. -Loomis Sayles Investment Gr Bond Fd | | | | | Buy<br>(add'l) | 04/12/13 | J | | |
| 38. -American Fed Bank CD 3.0% 01/09/13 | | | | | Matured | 01/09/13 | L | A | |
| 39. -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 40. -Royce Special Equity Fd | | | | | | | | | |
| 41. -T. Rowe Price Capital Appreciation Fd | | | | | | | | | |
| 42. -Vanguard PRIMECAP Core Fd | | | | | | | | | |
| 43. -Vanguard Small Cap Growth Index Fd | | | | | | | | | |
| 44. -Lazard Emerging Markets Fd | | | | | | | | | |
| 45. -PRIMECAP Odyssey Stock Fd | | | | | | | | | |
| 46. -Discover Bank CD 3.5% 05/13/14 | | | | | | | | | |
| 47. -The Delafield Fund | | | | | Sold | 07/10/13 | L | D | |
| 48. -T. Rowe Price Growth Stock Fund | | | | | | | | | |
| 49. -SPDR S&P Dividend Fund | | | | | | | | | |
| 50. -Dodge & Cox Income Fund | | | | | Buy<br>(add'l) | 04/12/13 | J | | |
| 51. -Loomis Sayles Bond Fund | | | | | Buy<br>(add'l) | 04/12/13 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Vanguard GNMA Fund | | | | | Sold (part) | 07/10/13 | K | A | |
| 53. | | | | | Sold | 08/20/13 | M | A | |
| 54. -Goldman Sachs Bank CD 1.8% 08/08/17 | | | | | | | | | |
| 55. -Discover Bank CD 1.9% 09/21/16 | | | | | | | | | |
| 56. -GE Capital Bank CD 1.05% 02/17/15 | | | | | | | | | |
| 57. -Templeton Global Bond Fund | | | | | Buy (add'l) | 04/12/13 | J | | |
| 58. -Goldman Sachs Bank CD 1.15% 01/09/18 | | | | | Buy | 01/15/13 | L | | |
| 59. -Gabelli Small Cap Growth Fund | | | | | Buy | 07/10/13 | K | | |
| 60. -Vanguard Corporate Bond Fund | | | | | Buy | 08/22/13 | M | | |
| 61. | | | | | Buy (add'l) | 11/21/13 | L | | |
| 62. | | | | | Buy (add'l) | 12/17/13 | M | | |
| 63. -Vanguard Dividend Appreciation Fund | | | | | Buy | 04/16/13 | L | | |
| 64. | | | | | Buy (add'l) | 07/12/13 | K | | |
| 65. | | | | | Buy (add'l) | 08/22/13 | K | | |
| 66. | | | | | Buy (add'l) | 12/17/13 | K | | |
| 67. -Vanguard Short Term Federal Fund | | | | | Buy | 07/10/13 | L | | |
| 68. | | | | | Sold | 12/13/13 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. IRA ACCOUNT #2 | E | Dividend | O | T | | | | | |
| 70. -Schwab Money Market Fund | | | | | | | | | |
| 71. -T. Rowe Price Mid Cap Growth Fd | | | | | | | | | |
| 72. -Loomis Sayles Investment Gr Bond Fd | | | | | Buy<br>(add'l) | 04/12/13 | J | | |
| 73. -T. Rowe Price Growth Stock Fd | | | | | | | | | |
| 74. -American Funds EuroPacific Growth Fd | | | | | | | | | |
| 75. -GE Capital Fncl CD 5% 08/27/13 | | | | | Matured | 08/27/13 | K | A | |
| 76. -Ohio Valley Bk CD 3.45% 07/15/14 | | | | | | | | | |
| 77. -Brown Capital Mgmt Small Company Fd | | | | | Sold<br>(part) | 12/13/13 | J | D | |
| 78. -Perkins Mid Cap Value Fd | | | | | Sold<br>(part) | 04/12/13 | K | C | |
| 79. | | | | | Sold | 07/10/13 | K | D | |
| 80. -Royce Special Equity Fund | | | | | | | | | |
| 81. -American Funds New World Fd | | | | | | | | | |
| 82. -First Eagle Global | | | | | | | | | |
| 83. -Discover Bank CD 3.5% 05/13/14 | | | | | | | | | |
| 84. -SPDR S&P Dividend Fund | | | | | | | | | |
| 85. -Dodge & Cox Income Fund | | | | | Buy<br>(add'l) | 04/12/13 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Loomis Sayles Bond Fund | | | | | Buy (add'l) | 04/12/13 | J | | |
| 87. -Vanguard GNMA Fund | | | | | Sold (part) | 07/10/13 | K | A | |
| 88. | | | | | Sold | 08/20/13 | K | A | |
| 89. -Templeton Global Bond Fund | | | | | Buy (add'l) | 04/12/13 | J | | |
| 90. -Goldman Sachs Bank CD 1.55% 10/17/17 | | | | | | | | | |
| 91. -Vanguard Short Term Federal Fund | | | | | Buy | 07/10/13 | K | | |
| 92. | | | | | Sold | 12/13/13 | K | A | |
| 93. -Vanguard Small Cap Fund | | | | | Buy | 07/12/13 | K | | |
| 94. -Vanguard Corporate Bond Fund | | | | | Buy | 08/22/13 | K | | |
| 95. -Discover Bank CD 2.00% 8/28/18 | | | | | Buy | 09/04/13 | K | | |
| 96. -Goldman Sachs Bank CD 2.15% 8/15/19 | | | | | Buy | 12/17/13 | K | | |
| 97. -Vanguard Dividend Appreciation Fund | | | | | Buy | 12/17/13 | J | | |
| 98. MONEY MARKET ACCOUNTS: | | | | | | | | | |
| 99. T. Rowe Price Tax Exempt Fd | A | Interest | L | T | | | | | |
| 100. Schwab US Treasury Money Fd | A | Interest | K | T | | | | | |
| 101. TAX EXEMPT FUNDS: BROKERAGE ACCOUNT | | | | | | | | | |
| 102. Anne Arundel Cnty 4.2% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friedman, Paul L. | 05/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mass Water Pollution 3.25% | A | Interest | K | T | | | | | |
| 104. District of Columbia 3.25% | B | Interest | K | T | | | | | |
| 105. New Hampshire Health 4.00% | A | Interest | K | T | | | | | |
| 106. District of Columbia 5.00% | A | Interest | | | Sold | 10/23/13 | K | A | See Part VIII |
| 107. District of Columbia 5.00% | A | Interest | K | T | Buy | 10/23/13 | K | | |
| 108. STOCK WARRANTS: | | | | | | | | | |
| 109. -Scios Nova Inc | | None | J | T | | | | | See Part VIII |
| 110. LIFE INSURANCE | | | | | | | | | |
| 111. Security Mutual Life Ins. Co. of NY Universal Life Policy | C | Dividend | M | T | | | | | See Part VIII |
| 112. Mass Mutual Life Ins Co | A | Dividend | K | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXPLANATORY COMMENTS for PART VII (by Line Item Number):

1) The order in which assets are listed for calendar year 2013 has changed slightly from the order listed in the 2012 report. In IRA Account #1, Meridian Growth Fund, US Treasury STRIP 11/15/15, US Treasury STRIP 11/15/16, US Treasury STRIP 11/15/17 were deleted from the list, because they were completely sold in 2012 (as indicated in the 2012 Financial Disclosure Report). In IRA Account #2, PIMCo Real Return was deleted from the list, because it was completely sold in 2012, GE Money Bk CD 4.15% 12/18/12 was deleted from the list, because it matured in 2012 (as indicated in the 2012 Financial Disclosure Report). Tax Exempt Funds - Brokerage, New York Thrwy 5.25% was deleted from the list, because it was completely sold in 2012 (as indicated in the 2012 Financial Disclosure Report). _____ was deleted from the list as the partnership ended, and a final Form K-1 was received in 2011 (as indicated in the 2012 Financial Disclosure Report). Other than the aforementioned changes, the order is close to that of the 2012 report as all new investment funds for 2013 are listed at the bottom of the appropriate account.

106) District of Columbia 5.00% was purchased on 04/03/12 and should have been listed on the 2012 Financial Disclosure Report, but was inadvertently not listed. This asset was completely sold on 10/23/2013.

109) Scios Nova Inc stock warrants. Four Contingent Payment Rights issued to former limited partners of Nova Technology Limited Partnership in 1993.

111) Universal Life Policy taken out on 08/18/05 as a result of a Section 1035 Exchange from two existing Whole Life Policies issued by same insurance company. _____ No underlying investment options. The gain on the policy for 2013 was $3,739.45 and was not currently taxable.

112) Group Flexible Premium Adjustable Life Insurance Policy issued by former employer in 1993. Person Reporting is Insured and Owner. Spouse is Beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul L. Friedman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

FRIEDMAN, PAUL L.                                                5/7/14

## RIDER A

Member                          Secretary of the American Law Institute and a
                                member of its Council (the governing body of the
                                Institute) and the Executive Committee. I have
                                been a member of the Council since 1998.

FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                              5/7/14

## RIDER B

Upon my appointment to the United States District Court for the District of Columbia in 1994, I withdrew from my partnership in the law firm of [redacted] I have and will have no agreements with respect to future employment or for a leave of absence during government service.

With respect to the continuation of payments by [redacted] and continuing participation in employee welfare or benefit plans, I report the following:

1. Under the [redacted] partnership agreement to which I became a party on October 1, 1979, I was entitled to be paid in equal installments on a monthly basis over six years what was due me from my capital contribution account, based on contributions I had already made. I began receiving these monthly payments in January of 1995. The payments ended in December of 2000.

2. Under the [redacted] Retirement Income Pension Plan for Eligible Partners, a qualified defined benefit plan, effective January 1, 1989, I am entitled to be paid a fixed sum annually upon reaching the age of 65, which was on February 20, 2009. Those payments began on March 1, 2009 and are paid in monthly installments.

3. I was also a member of the [redacted] Savings & Investment Plan, a profit-sharing plan with a Section 401(k) component, which became effective on January 1, 1983. It was liquidated and rolled over into IRA Account No. 1 in 2003.

# FINANCIAL DISCLOSURE REPORT

FRIEDMAN, PAUL L.                                   5/7/14

## RIDER C:  REIMBURSEMENTS AND GIFTS

1.  American Law Institute
    January 16-18, 2013
        Meeting of ALI Council in Philadelphia.
        Reimbursement by the American Law Institute for
        transportation, hotel and meals.

2.  American Bar Association
    March 7-9, 2013
        White Collar Crime Seminar in Las Vegas.
        Reimbursement by the American Bar Association
        for transportation, hotel and meals.

3.

        Kennedy Center Gala.
    Value                                           $600

4.

    Value                                           $500

5.

        Annual Benefit.
    Value                                           $350

6.  American Law Institute
    October 16-18, 2013
        Meeting of ALI Council in New York.
        Reimbursement by the American Law Institute for
        transportation, hotel and meals.

7.

Value                                        $500